An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNY RUBBICO, INDIVIDUALLY, DB/A CITYWIDE AGGREGATES,
Appellant,
vs.
LAS VEGAS 215, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondent.

No. 67230

FILED

NOV 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment after bench trial in a contract action. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

On August 31, 2015, this court entered an order granting appellant's counsel's motion to withdraw. That order directed appellant to either retain new counsel or notify this court that he will be proceeding in pro se within 30 days. The order cautioned appellant that failure to comply could result in the dismissal of his appeal. To date, appellant has failed to communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____ J.
Saitta

_____ J.
Gibbons

_____ J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33785

cc: Hon. Jerry A. Wiese, District Judge
Craig A. Hoppe, Settlement Judge
Johnny Rubbico
Law Offices of John M. Netzorg
Eighth District Court Clerk